June 26, 1984.

478 A.2d 132

Commonwealth v. Tucci, Appellant.

Petition for Allowance of Appeal
Denied Oct. 2, 1984.

 Submitted May 3, 1984. Gary N. Asteak, for appellant; Antonia Grifo, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and BROSKY and McEWEN, JJ.

Order affirmed.